JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN JOSUE SILVA, | Case No. CV 11-3788-GW (SP) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| LARRY McEWEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: November 18, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE